1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

        Petitioner,                    No. CIV S-06-2852 DFL EFB P

       vs.

KINGS COUNTY SUPERIOR
COURT, et al.,                        ORDER AND FINDINGS &
                                         RECOMMENDATIONS
        Respondents.
_____/

       Petitioner, a state prisoner without counsel, has filed a document styled, "Writ of Prohibition/Mandate," in which he seeks review of an order of the Kings County Superior Court. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). The application shows that petitioner is unable to afford the costs of suit. Therefore, the application is granted. For the reasons explained below, the court finds that this action should be dismissed.

       Petitioner asserts that the Kings County Superior Court mishandled a civil rights action he filed in that court. He alleges that the court mishandled his application for leave to proceed *in forma pauperis*, failed to address his inability to serve process on certain defendants, the judge intentionally misplaced his filings, and other miscellaneous errors. Ultimately, he alleges, the action erroneously was dismissed. He seeks an order directing the Kings County Superior Court to reinstate his action

Petitioner has presented his appeal to the wrong court. Appeals from rulings by the California Superior Courts should be directed to the appropriate state court of appeal. This court has neither the authority nor the inclination to review a California Superior Court's handling of a civil rights action. Nor does this court have authority or to issue a writ of mandate to such a court. *See* 28 U.S.C. § 1651(a) (federal courts may "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.") There is no relief that this court can grant. Therefore, this action must be dismissed for lack of subject matter jurisdiction.

Accordingly, it is hereby ORDERED that petitioner's application to proceed *in forma pauperis* is granted.

Further, it is RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:   March 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE